STATE OF NEW JERSEY v. GREGORY THOMAS.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL H. HEFFERN.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. BEN GIUNTA.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. TERRY GILLESPIE.

April 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT J. VELARD.

April 28, 1987.

Petition for certification denied.